UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA/PECOS DIVISIONS

IN RE:                                                                     NO:   PE:14-CR-00337(1)-RAJ
       STANDING ORDERS

**ORDER**

    At this time, it is the responsibility of the parties to this case to obtain a copy, and to abide by, the **Standing Discovery and Scheduling Order** entered by this Court on September 8, 2003, the **Standing Order of Referral of Felony Guilty Pleas and Designation to Hear and Determine Criminal PreTrial Discovery and Scheduling Matters to the Magistrate Judge In Cases Assigned to United States District Judge Robert Junell** entered on March 12, 2003, and the **Standing Order: Acceptance of Responsibility in Sentencing**, also entered on March 12, 2003.

    The Standing Orders for the Midland-Odessa/Pecos Divisions are available on the United States District Court/Western District of Texas internet website at www.txwd.uscourts.gov, (standing orders may be found by clicking on the *Rules Tab* on the home page.)  If you do not have internet access you may contact either the Midland-Odessa Division Clerk's Office or the Pecos Division Clerk's Office and they will provide you with copies of the Standing Orders.

    It is ORDERED this 9th day of June, 2004.

                                         _____
                                          ROBERT JUNELL
                                          UNITED STATES DISTRICT JUDGE